# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Melvin Wayne Moye ) | Case No: 4:11-CR-59-2H |
| ) | USM No: 55492-056 |

Date of Original Judgment:          February 14, 2012  )

Date of Previous Amended Judgment: _____  )   Alan DuBois

*(Use Date of Last Amended Judgment if Any)*                    *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐DENIED.   ☑GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of          100          months **is reduced to**          83 months

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated February 14, 2012
shall remain in effect. **IT IS SO ORDERED.**

Order Date:          7/8/15                              _____
                                                                                    *Judge's signature*

Effective Date:    November 1, 2015              Malcolm J. Howard, Senior U.S. District Judge
                        *(if different from order date)*                        *Printed name and title*